## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **GEORGE MARTIN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 09-1387** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## <u>ORDER</u>

Now before the Court is Petitioner George Martin's ("Martin") Motion for Leave to Appeal In Forma Pauperis.  For the reasons set forth below, Martin's Motion [#23] is DENIED.

Title 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."   The Seventh Circuit has clarified that bad faith is essentially equivalent to a finding of frivolousness.  *See Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).  "[T]o sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit."  *Id.*  Under this formulation of the standard, the Court can certify that this appeal is not being taken in good faith where Martin has not made a substantial showing of the denial of a constitutional right and one of his claims is procedurally defaulted.  His Motion to Proceed In Forma Pauperis on Appeal [#23] is therefore DENIED.

ENTERED this 23rd day of November, 2010.

s/ Michael M. Mihm_____
Michael M. Mihm
United States District Judge